UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re:  ANDRE BROOKS  Debtor(s) | Case No. 12-47848 |
|---|---|

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/05/2012, and was converted to chapter 13 on 12/05/2012.

2) The plan was confirmed on 03/13/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 12/11/2013.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,030.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                      **$2,030.00**

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,933.14 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $96.86 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$2,030.00**

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 83RD RCE INC | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| ALAMO | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 145.00 | 142.50 | 142.50 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,345.00 | 2,344.94 | 2,344.94 | 0.00 | 0.00 |
| AMEX | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AT & T MOBILITY | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILTY | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILTY | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILTY | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILTY | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,348.00 | NA | NA | 0.00 | 0.00 |
| BARR MANAGEMENT | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| BARR MGMT LTD | Unsecured | 978.00 | NA | NA | 0.00 | 0.00 |
| BEVERLY BANK | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,506.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,239.00 | NA | NA | 0.00 | 0.00 |
| CHARTER NATIONAL BANK | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 5,697.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCIAL SERVICES | Unsecured | 928.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BURBANK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 11,000.00 | 10,505.00 | 10,505.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |
| COMPUCREDIT IMAGINE MASTERCA | Unsecured | 1,042.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE COMP | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICAN BANK | Unsecured | 1,854.00 | NA | NA | 0.00 | 0.00 |
| FOUR SEASON HEATING & AIR | Unsecured | 3,150.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | NA | 315.71 | 315.71 | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | NA | 222.10 | 222.10 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GLOBAL PAYMENTS CHECK SERVIC | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| HYATT REGENCY MCCORMICK PL | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 620.00 | 670.76 | 670.76 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 2,098.00 | 997.42 | 997.42 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 1,480.69 | 1,480.69 | 0.00 | 0.00 |
| IMAGINE/FBOFD | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,630.00 | 10,278.18 | 10,278.18 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,562.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,315.53 | 2,315.53 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| LOWES | Unsecured | 8,600.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 200.00 | 1,001.63 | 1,001.63 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 475.00 | 384.68 | 384.68 | 0.00 | 0.00 |
| MACYS DSNB | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FEDERAL BANK | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| NEW MILLENNIUM BANK | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| NEW MILLENNIUM BANK | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 300.00 | 140.44 | 140.44 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PLANS COMMERCE BANK | Unsecured | 746.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 585.00 | 525.71 | 525.71 | 0.00 | 0.00 |
| PROGRESSIVE FINANCIAL SVC | Unsecured | 3,465.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,037.94 | 1,037.94 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 620.00 | 110.58 | 110.58 | 0.00 | 0.00 |
| RAC ACCEPTANCE | Unsecured | 1,961.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 749.00 | 14,693.20 | 14,693.20 | 0.00 | 0.00 |
| TRS HOME FURNISHINGS | Unsecured | 3,261.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Unsecured | 1,655.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 775.00 | 596.92 | 596.92 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 174.00 | 134.09 | 134.09 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 366.58 | 366.58 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | NA | 7,009.89 | 7,009.89 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,237.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BRIDGEVIEW | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EVERGREEN PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GURNEE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM MCDADE | Secured | 3,449.00 | 3,348.64 | 3,348.64 | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| WOW CHICAGO | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,348.64 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,348.64** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,758.87 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$11,758.87** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,515.62** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,030.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$2,030.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/25/2014            By: /s/ Tom Vaughn
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**